Official Form 1 (04/07)

| United States Bankruptcy Court<br>Eastern District of Arkansas | Voluntary Petition<br>Amended |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Angela Jo** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**0437** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2008 Rosemond**<br>**Jonesboro, AR**<br>ZIP CODE **72401** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Craighead** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| [ ] $0 to $10,000 | [ ] $10,000 to $100,000 | [x] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,000 to $100,000 | [x] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

Official Form 1 (04/07) FORM B1, Page 2

| **Voluntary Petition - Amended**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Angela Jo Smith** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ **7/11/2007**<br>Signature of Attorney for Debtor(s)   Date<br>**Thomas E. Fowler, Jr.**   **AR 99005** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition - Amended** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Angela Jo Smith** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Angela Jo Smith** <br> Signature of Debtor **Angela Jo Smith** | X **Not Applicable** <br> (Signature of Foreign Representative) |
| X **Not Applicable** <br> Signature of Joint Debtor | <br>(Printed Name of Foreign Representative) |
| <br>Telephone Number (If not represented by attorney) | |
| **7/11/2007** <br> Date | <br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X <br> Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. |
| **Thomas E. Fowler, Jr., AR 99005** <br> Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Dupwe & Fowler, PLLC** <br> Firm Name | |
| **300 W. Jefferson  Jonesboro, AR  72401** <br> Address | **Not Applicable** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **(870) 935-5845**     **(870) 972-0093** <br> Telephone Number | Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.) |
| **7/11/2007** <br> Date | |
| **Signature of Debtor (Corporation/Partnership)** | <br>Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | X **Not Applicable** |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | <br>Date |
| X **Not Applicable** <br> Signature of Authorized Individual | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| <br>Printed Name of Authorized Individual | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| <br>Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| <br>Date | *A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

Official Form 6E (04/07)

In re    **Angela Jo Smith**                              Case No. _____
                        Debtor                                                                  (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

Official Form 6E (04/07) - Cont.

In re  **Angela Jo Smith** ,                                                                                       Case No. _____
                              Debtor                                                                                                      (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)  $ 0.00  $ 0.00  $ 0.00

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 0.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 0.00  $ 0.00

Official Form 6F (10/06)

In re **Angela Jo Smith**  
Debtor

Case No. _____  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8600005495-560<br>**Alltell**<br>PO Box 9001905<br>Louisville, KY  40290-1905<br><br>**Ricky R. Smith**<br>PO Box 1013<br>Jonesboro, AR  72403 | | | consumer debt | | | | 471.93 |
| ACCOUNT NO. 204604273<br>**American Eagle**<br>Nation Enterprise System, Inc.<br>29125 Solon Rd.<br>Solon, OH  44139-3442 | X | | consumer debt | | | | 435.69 |
| ACCOUNT NO. 371161374951003<br>**American Express**<br>PO Box 650448<br>Dallas, TX  75265-0448 | X | H | consumer debt | | | | 376.89 |
| ACCOUNT NO. 73729<br>**Arkansas Orthopedics**<br>1007 E. Matthews<br>Jonesboro, AR  72401-4308 | | W | medical bills | | | | 613.36 |

_5_  Continuation sheets attached

Subtotal ▶  $ **1,897.87**

Total ▶  $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Angela Jo Smith** , Debtor

Case No. _____ (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3567280<br>**Bank of America**<br>**c/o Allied International**<br>**2102 W. Peoria, Ste. 120**<br>**Phoenix, AZ 85029-4925** | X | | consumer debt | | | | 3,573.55 |
| ACCOUNT NO. unknown<br>**Better Life Counseling**<br>**1605 James St.**<br>**Jonesboro, AR 72401** | | W | medical bill | | | | 35.00 |
| ACCOUNT NO. 5491130343170270<br>**Citi Cards**<br>**PO Box 6402**<br>**The Lakes, NV 88901-6402** | | H | consumer debt | | | | 2,157.44 |
| ACCOUNT NO. 5424180410772203<br>**Citi Cards**<br>**PO Box 6402**<br>**The Lakes, NV 88901-6402** | | H | consumer debt | | | | 9,418.40 |
| ACCOUNT NO. 5424-1804-1077-2203<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500**<br><br>**Hosto & Buchan, PLLC**<br>**PO Box 3397**<br>**Little Rock, AR 72203** | X | | consumer debt | | | | 10,000.74 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 25,185.13

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Angela Jo Smith
          Debtor

Case No. _____
              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011006714197903<br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | X | H | consumer debt | | | | 6,000.00 |
| ACCOUNT NO. 51957560501<br>JCPenney<br>PO Box 960001<br>Orlando, FL 32896-0001 | X | | consumer debt | | | | 524.00 |
| ACCOUNT NO. 132759<br>Jonesboro Anesthesia<br>221 Hughes<br>Suite C<br>Jonesboro, AR 72401<br><br>Professional Credit Mgmt.<br>PO Box 4037<br>Jonesboro, AR 72403 | | W | medical bill | | | | 1,022.16 |
| ACCOUNT NO. 403482273129794<br>Lowe's Home Improvement<br>Customer Care<br>PO Box 1111<br>North Wilkesboro, NC 28656 | X | H | consumer debt | | | | 2,646.00 |
| ACCOUNT NO. 5329054961011964<br>MBNA<br>PO Box 15137<br>Wilmington, DE 19850-5137 | X | H | consumer debt | | | | 3,978.59 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 14,170.75

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Angela Jo Smith** ,
Debtor

Case No. _____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37463232844780<br>**MBNA**<br>**PO Box 15287**<br>**Wilmington, DE 19850-5137** | X | H | consumer debt | | | | 1,000.00 |
| ACCOUNT NO. 7W85YP<br>**NCO Financial System**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | | consumer debt | | | | 432.54 |
| ACCOUNT NO. 638127<br>**NEA**<br>**PO Box 7504**<br>**Jonesboro, AR 72403** | | J | son's medical bill | | | | 61.83 |
| ACCOUNT NO. 15257<br>**OB/GYN Associates**<br>**800 S. Church St.**<br>**Suite 302**<br>**Jonesboro, AR 72401** | | W | medical bill | | | | 62.55 |
| ACCOUNT NO. 16229-123005<br>**Outpatient Surgery Center**<br>**1100 E. Matthews**<br>**Jonesboro, AR 72401** | | W | medical bill | | | | 156.28 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,713.20

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Angela Jo Smith  
　　　　　　　　　Debtor

Case No. _____  
　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1559503/147478<br>Professional Credit Mgmt.<br>PO Box 4037<br>Jonesboro, AR  72403 |  | W | medical bills |  |  |  | 1,206.95 |
| ACCOUNT NO. 7714100067581793<br>Sam's Club<br>PO Box 530942<br>Atlanta, GA  30353-0942 | X |  | consumer debt |  |  |  | 1,800.00 |
| ACCOUNT NO. 4610010981604799<br>Simmons Visa<br>PO Box 7009<br>Pine Bluff, AR  71611-7009<br><br>Mr. Mark Binns<br>Attorney at Law<br>PO Box 760<br>Star City, AR  71667 | X | J | consumer debt |  |  |  | 3,764.00 |
| ACCOUNT NO. 14529<br>Stanley & Thyer<br>326 S. Church St.<br>Jonesboro, AR  72401 |  |  | legal fees |  |  |  | 2,947.07 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 9,718.02

Total ▶ $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Angela Jo Smith** , Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4301903<br>Terminix<br>PO Box 1115<br>Brookland, AR 72417 | | J | pest control | | | | 142.26 |
| ACCOUNT NO. 8579<br>The Children's Clinic<br>800 S. Church St.<br>Suite 400<br>Jonesboro, AR 72401 | | J | son's medical bill | | | | 124.89 |
| ACCOUNT NO. unknown<br>Troy Bartels, DDS<br>811 Windover<br>Jonesboro, AR 72401 | | J | son's medical bill | | | | 200.00 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　Subtotal ▶ $ **467.15**

　　　　　　　　　　　　　　　　　　　　　Total ▶ $ **53,152.12**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6H
(10/05)

In re: **Angela Jo Smith**, Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ricky Ray Smith**<br>c/o Glen Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **American Eagle**<br>Nation Enterprise System, Inc.<br>29125 Solon Rd.<br>Solon, OH 44139-3442 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **Bank of America**<br>c/o Allied International<br>2102 W. Peoria, Ste. 120<br>Phoenix, AZ 85029-4925 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **Citibank**<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| **Ricky Smith**<br>PO Box 1013<br>Jonesboro, AR 72403 | **Citimortgage**<br>PO Box 689196<br>Des Moines, IA 50368-9196 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **Discover Card**<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 |
| **Ricky R. Smith**<br>PO Box 1013<br>Jonesboro, AR 72403 | **Drive Financial Services**<br>PO Box 660633<br>Dallas, TX 75266-0633 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **JCPenney**<br>PO Box 960001<br>Orlando, FL 32896-0001 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **Lowe's Home Improvement**<br>Customer Care<br>PO Box 1111<br>North Wilkesboro, NC 28656 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **MBNA**<br>PO Box 15137<br>Wilmington, DE 19850-5137 |
| **Ricky Ray Smith**<br>c/o Glenn Lovett, Jr.<br>PO Box 1575<br>Jonesboro, AR 72403 | **MBNA**<br>PO Box 15287<br>Wilmington, DE 19850-5137 |

Form B6H -Cont.
(10/05)

In re: **Angela Jo Smith**,      Case No. _____
             **Debtor**                                                          (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ricky R. Smith**<br>**PO Box 1013**<br>**Jonesboro, AR  72403** | **Regions Bank**<br>**c/o J. Benton Dyke**<br>**555 Plaza West Building**<br>**415 North McKinley St.**<br>**Little Rock, AR  72205** |
| **Ricky Ray Smith**<br>**c/o Glenn Lovett, Jr.**<br>**PO Box 1575**<br>**Jonesboro, AR  72403** | **Sam's Club**<br>**PO Box 530942**<br>**Atlanta, GA  30353-0942** |
| **Ricky Ray Smith**<br>**c/o Glenn Lovett, Jr.**<br>**PO Box 1575**<br>**Jonesboro, AR  72403** | **Simmons Visa**<br>**PO Box 7009**<br>**Pine Bluff, AR  71611-7009** |

Official Form 6I (10/06)

In re **Angela Jo Smith**   Case No.
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **son** | AGE(S): **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Office Manager** | |
| Name of Employer | **ProMed of Jonesboro** | |
| How long employed | **7 years** | |
| Address of Employer | **300 Carson Suite 103 Jonesboro, AR  72401** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,469.57 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 2,469.57 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 459.82 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 459.82 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,009.75 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 498.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 498.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,507.75 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,507.75 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

**Official Form 6 - Summary (10/06)**

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re **Angela Jo Smith**,
 Debtor

Case No.
Chapter **7**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 140,000.00 | | |
| B - Personal Property | YES | 3 | $ 23,278.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 98,647.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 53,152.12 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,507.75 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,891.83 |
| TOTAL | | 19 | $ 163,278.00 | $ 151,800.04 | |

Official Form 6 - Statistical Summary (10/06)

## United States Bankruptcy Court
## Eastern District of Arkansas

In re **Angela Jo Smith**, Debtor

Case No. _____
Chapter **7**

# AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,507.75 |
| Average Expenses (from Schedule J, Line 18) | $ 2,891.83 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,967.57 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $53,152.12 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $53,152.12 |